UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWIN JOSUE HERRERA ROSALES <br> aka "Josh Herrera," <br><br> Defendant. | NO. CR21-001 JCC <br><br> **INFORMATION** |

The United States Attorney charges that:

### COUNT 1
### (Conspiracy)

**A.   Background**

At all times relevant to the Information:

1.     Between about February 2016 and about March 2018, defendant EDWIN JOSUE "JOSH' HERRERA ROSALES operated a call center in Everett, Washington ("the Everett Call Center").  The Everett Call Center operated under the name "Sound Solutions Group" between February 2016 and about February 2017 and under the name "Community Assistance Center" between about March 2017 and March 2018.  Between about March 2017 and March 2018, HERRERA also managed a California-based call

United States v. Herrera
Information - 1

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

center called "Sienna Support Network," which engaged in practices similar to the Everett Call Center.

2. The Everett Call Center solicited homeowners facing foreclosure. The Everett Call Center represented to the homeowners that it employed skilled professionals who could negotiate favorable modifications of the homeowners' mortgages, to include reductions in principal, interest rates, and monthly payments, in exchange for a fee of approximately $3,000.

3. HERRERA modeled the Everett Call Center on a group of call centers based in Southern California (the "California Call Centers"). The California Call Centers were operated by a California-based relative of HERRERA ("Co-conspirator 1") and two of his associates ("Co-conspirators 2 and 3"). HERRERA agreed with Co-conspirators 1-3 that Co-conspirators 1-3 would provide HERRERA with assistance and support for the Everett Call Center, to include startup funding, promotional material, and scripts and training for the call center operators. They also agreed that affiliates of Co-Conspirators 1-3 known as "processors" would be responsible for pursuing mortgage modifications for the Everett Call Center's customers. HERRERA agreed with Co-conspirators 1-3 that HERRERA would retain 40% of each fee collected, and would forward the remaining proceeds to Co-conspirators 1-3.

**B.   The Conspiracy**

4. Beginning in or about February 2016, and continuing until at least about March 29, 2018, at Everett, within the Western District of Washington, and elsewhere, EDWIN JOSUE HERRERA ROSALES ("HERRERA"), together with others known and unknown, did conspire, confederate and agree, together and with each other, to commit the offense of wire fraud in violation of Title 18, United States Code, Section 1343. Specifically, HERRERA, together with others known and unknown, with intent to defraud, knowingly devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and

United States v. Herrera
Information - 2

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

promises. To execute and attempt to execute the scheme and artifice to defraud, HERRERA and other members of the conspiracy knowingly transmitted, and caused to be transmitted, by wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds.

5.     The object of the conspiracy was to persuade distressed homeowners facing foreclosure to pay HERRERA and others a fee of approximately $3,000 each by falsely representing that, under government and other programs, the homeowners were eligible for mortgage modifications that would significantly reduce their monthly payments and principal balances, which the Everett Call Center could negotiate in return for the fee. In fact, as HERRERA and his co-conspirators well knew, the promised modifications were highly unlikely or impossible and rarely, if ever, obtained.

C.  **Manner and Means**

HERRERA and his co-conspirators acted in the following manner, and used the following means, to effect the conspiracy:

6.     Co-conspirator 2 caused approximately 4,000 mailers to be sent to distressed homeowners each week, soliciting the recipients to contact the Everett Call Center. The mailers contained false and misleading statements suggesting that the homeowners had been "pre-approved" for extremely favorable modifications to their mortgages. The mailers told the homeowners they were eligible under new government programs for reductions in their interest rate to as low as 2%, and also stated that their principal balances could be reduced. In fact, the homeowners had not been "preapproved" for any modification, and no analysis had been conducted to determine whether these modifications were likely or possible. To the contrary, HERRERA and his co-conspirators knew that modifications of this nature were extremely unlikely or impossible.

7.     HERRERA obtained from Co-conspirator 1, and distributed to the Everett Call Center staff, scripts instructing the operators to make deceptive statements and

United States v. Herrera
Information - 3

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

representations to homeowners when they contacted the Everett Call Center. The scripts were intended to trick homeowners into believing that experienced underwriters and attorneys affiliated with the Everett Call Center had reviewed the homeowners' mortgages and other circumstances and concluded the organization could obtain very favorable mortgage modifications. Operators were told to place callers on hold for a specified period of time and pretend they were consulting with "the underwriting department" or "the legal department" during the calls with customers. Callers were told that only a small percentage of homeowners were "accepted" by the underwriting department, and that the underwriting department only "accepted" cases where underwriters were certain that a favorable modification could be obtained.

8. Following the hold, operators would return to the caller, offer congratulations, and tell the caller that the "underwriting" or "legal" department had determined the caller's interest rate could be significantly reduced to a rate between 2% and 4%, and sometimes, that the loan principal could also be reduced. In fact, the Everett Call Center had no underwriting department or legal department, and the operators simply used made-up figures (based on directions provided in the scripts) to entice the homeowner to enroll with the Everett Call Center and agree to pay a fee.

9. HERRERA and the Everett Call Center used deceptive practices to conceal the location of the call center and the identities of the operators from its customers. For example, on correspondence with the homeowners, Sound Solutions Group and Community Assistance Center listed their business addresses as being in Salt Lake City, Utah, and never disclosed to customers the fact that they were based in Washington. In fact, the Salt Lake City address was simply a mail forwarding service used solely for the purpose of deceiving customers and others. Similarly, when speaking or emailing with customers, HERRERA and other Everett Call Center employees used aliases to disguise their true identities. For example, HERRERA used the aliases "Mark Chambers" and "Gabriel Ortega."

United States v. Herrera
Information - 4

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. Operators advised homeowners that they could obtain the promised mortgage modifications only if the homeowner signed a contract and agree to pay a fee of approximately $3,000, to be paid in three installations. The scripts instructed operators that, if the homeowner "balks" at the fee and agreement, the operator should "put the fear of God in them" by using "hot buttons" to persuade the homeowner to agree to pay the fee.

11. After the homeowners signed the agreements and made the first installation payments, the Everett Call Center referred the homeowners' files to a Southern California-based loan processing group affiliated with Co-Conspirators 1-3. While the processing group made some efforts on the homeowners' behalves, the group was rarely, if ever, able to negotiate modifications on terms as favorable as those promised in the mailers and by the Everett Call Center operators. In some cases, the mortgages were not modified at all; in others, the new monthly payment was only slightly lower than the original payment; and in others, the new monthly payment was actually *higher* than the existing payment.

12. Between March 16, 2016 and May 18, 2018, as a result of the false statements, pretenses and promises described above, approximately 1,000 homeowners paid over $2.5 million to Sound Solutions Group, Community Assistance Center, and Sienna Support Network. After paying expenses associated with the call center and sharing the proceeds with Co-conspirators 1-3, HERRERA retained approximately $360,000 of these payments.

13. HERRERA and his co-conspirators used the interstate wires in various ways in furtherance of the scheme to defraud. For example, Co-conspirator 1 emailed scripts from California to HERRERA at the Everett Call Center in Washington. Similarly, Co-conspirator 1 emailed samples of solicitation mailings from California to HERRERA for his review at the Everett Call Center. HERERRA and the Everett Call Center operators, spoke and emailed on a daily basis with customers in other states using

United States v. Herrera
Information - 5

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the interstate wires. Customers also used the interstate wires to deposit the fees solicited by the Everett Call Center. And, HERRERA used interstate wire transfers to transfer the proceeds of the fraud from the bank accounts of Sound Support Group, Community Assistance Center, and Sienna Support Network, to HERRERA's personal bank account.

**D.    Overt Acts**

14.    In furtherance of the conspiracy, and to effect its object, within the Western District of Washington and elsewhere, EDWIN JOSUE "JOSH'" HERRERA ROSALES, together with other individuals, committed and caused to be committed, among others, the following overt acts, which are examples of the various overt acts undertaken in furtherance of the fraud:

a.    On or about April 11, 2016, Co-conspirator 1 emailed a "Current Final Interview" script from California to HERRERA in Everett, Washington.

b.    On September 6, 2016, Co-conspirator 2 emailed a copy of a solicitation mailer from California to HERRERA in Everett, Washington. HERRERA then circulated the mailer to Everett Call Center operators the following day.

c.    On October 16, 2016, HERRERA transferred $4,800, representing proceeds of the fraud, from a Sound Solutions Group Bank of America account into HERRFERA's Bank of America account.

d.    On January 29, 2018, HERRERA transferred $5,000, representing proceeds of the fraud, from a Sienna Support Network Bank of America account into

//
//

United States v. Herrera
Information - 6

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | HERRERA's Bank of America account.

2 | All in violation of Title 18, United States Code, Section 371.

3

4 | DATED: January 4TH, 2021

5

6

7 | _____
8 | BRIAN T. MORAN
   | United States Attorney

9

10 | _____
11 | ANDREW FRIEDMAN
   | Assistant United States Attorney

12

13 | _____
14 | SETH WILKINSON
   | Assistant United States Attorney

United States v. Herrera
Information - 7

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970